381 A.2d 894

Commonwealth v. Fair, Appellant.

Argued September 12, 1977. Mel D. Kardos, Assistant Public Defender, with him Richard R. Fink, Chief Public Defender, for appellant; Stephen B. Harris, First Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.